## UNITED STATES DISTRICT COURT
_____District of Arizona_____

*In the Matter of the Search of:*
**SUBJECT PARCEL #9785**: One USPS Priority Mail parcel bearing USPS tracking number 9405 5368 9523 2525 7397 85, addressed to "David Siegel, 12623 W. Medlock Dr., Litchfield Park, AZ 85340," with a return address of "Chris Sanders, 542 Centerview Dr., Shepherdsville, KY 40165." It is a small, white, flat-rate Priority Mail cardboard box, measuring approximately 5.3" X 8.6" X 1.6"; weighing approximately 3 pounds and 14 ounces; postmarked October 31, 2021; and bearing $7.41 in postage purchased with cryptocurrency.

**SEARCH WARRANT**

Case Number: 21-3271 MB

TO: Ricky Glass and any Authorized Officer of the United States
Affidavit having been made before me by Affiant, RICKY GLASS, United States Postal Service - Office of Inspector General ("USPS-OIG"), on the premises known as:

**SUBJECT PARCEL #9785**: One USPS Priority Mail parcel bearing USPS tracking number 9405 5368 9523 2525 7397 85, addressed to "David Siegel, 12623 W. Medlock Dr., Litchfield Park, AZ 85340," with a return address of "Chris Sanders, 542 Centerview Dr., Shepherdsville, KY 40165." It is a small, white, flat-rate Priority Mail cardboard box, measuring approximately 5.3" X 8.6" X 1.6"; weighing approximately 3 pounds and 14 ounces; postmarked October 31, 2021; and bearing $7.41 in postage purchased with cryptocurrency,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and 846, as well as TITLE 18, UNITED STATES CODE, SECTION 1956(h), AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __11-19-21__ (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search at any time in the day or night, because good cause has been established, if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

__11-5-21 @ 2:51 p.m.__    at    Phoenix, Arizona
Date and Time Issued              City and State

HONORABLE MICHAEL T. MORRISSEY
UNITED STATES MAGISTRATE JUDGE     __M Morrissey__
Name and Title of Judicial Officer     Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*
**SUBJECT PARCEL #9785**: One USPS Priority Mail parcel bearing USPS tracking number 9405 5368 9523 2525 7397 85, addressed to "David Siegel, 12623 W. Medlock Dr., Litchfield Park, AZ 85340," with a return address of "Chris Sanders, 542 Centerview Dr., Shepherdsville, KY 40165." It is a small, white, flat-rate Priority Mail cardboard box, measuring approximately 5.3" X 8.6" X 1.6"; weighing approximately 3 pounds and 14 ounces; postmarked October 31, 2021; and bearing $7.41 in postage purchased with cryptocurrency.

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

Case Number: 21-3271 MB

I, RICKY GLASS, being duly sworn, depose and state as follows:

I am a SPECIAL AGENT and have reason to believe that on the premises known as:

**SUBJECT PARCEL #9785**: One USPS Priority Mail parcel bearing USPS tracking number 9405 5368 9523 2525 7397 85, addressed to "David Siegel, 12623 W. Medlock Dr., Litchfield Park, AZ 85340," with a return address of "Chris Sanders, 542 Centerview Dr., Shepherdsville, KY 40165." It is a small, white, flat-rate Priority Mail cardboard box, measuring approximately 5.3" X 8.6" X 1.6"; weighing approximately 3 pounds and 14 ounces; postmarked October 31, 2021; and bearing $7.41 in postage purchased with cryptocurrency.

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, which is CONTRABAND, THE FRUITS OF CRIME, OR THINGS OTHERWISE CRIMINALLY POSSESSED,

in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846, as well as Title 18, United States Code, Section 1956(h). The facts to support the issuance of a Search Warrant are as follows:

SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT RICKY GLASS, WHICH IS MADE A PART HEREOF.

Authorized by AUSA THOMAS M. FORSYTH III

Sworn to before me, and subscribed in my presence

Signature of Affiant – RICKY GLASS

11-5-21 @ 2:51 pm
Date

at Phoenix, Arizona
City and State

HONORABLE MICHAEL T. MORRISSEY
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

M Morrissey
Signature of Judicial Officer

## AFFIDAVIT AND STATEMENT OF PROBABLE CAUSE

I, United States Postal Service - Office of Inspector General ("USPS-OIG"), Special Agent ("SA") Ricky Glass, being first duly sworn, hereby depose and state as follows:

1. I am currently an SA with the USPS-OIG and have been since May 2019. The USPS-OIG helps maintain the confidence and integrity of the postal system and improve the Postal Service's bottom line through independent audits and investigations. SAs conduct criminal and administrative investigations on internal and external subjects, to help prevent and detect fraud, waste, and misconduct, as well as to deter crimes against the postal system.

2. I am currently assigned as the USPS-OIG Primary Narcotics Agent at the Phoenix Resident Office, responsible for the states of Arizona and Nevada. I also hold a secondary role as a Mail Theft Agent. As a Narcotics Agent, I conduct criminal investigations concerning postal employees' illicit drug activity at postal facilities or while on-duty, in addition to external subjects who abuse the U.S. mail service.

3. I am also assigned as a Task Force Agent to the Phoenix Division Prohibited Mailings Narcotics Team (PMNT) in Arizona, which is responsible for investigating narcotic violations involving the United States Mails. Part of my training as an SA included narcotic investigative techniques and the training in the identification and detection of controlled substances being transported in the U.S. Mail.

4. I was previously employed as an SA with the U.S. Secret Service ("USSS"). The USSS is the primary investigative agency charged with safeguarding the

payment and financial systems of the United States. While employed with the USSS, I was assigned to the San Francisco Field Office as a member of the Electronic Crimes Task Force ("ECTF") investigating the use of a computer/electronic devices (such as dark web, cryptocurrency, hacking, and wire fraud), and the Internet Crimes against Children ("ICAC") Task Force, investigating individuals downloading and sharing child pornography and committing other sexual crimes against children.

5. I have assisted Agents and Postal Inspectors on narcotics investigations involving individuals violating Title 18, United States Code, Section 1956(h) (Conspiracy to Commit Money Laundering), as well as Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), and 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance). The facts and information contained in this affidavit are based on my personal knowledge, as well as that of Postal Inspectors and/or other law enforcement officers involved in this investigation as described below.

6. This Affidavit is made in support of an application for a warrant to search a United States Postal Service (USPS) Priority Mail Parcel (hereafter, referred to **SUBJECT PARCEL #9785"). Based on a positive alert from a narcotics-detecting canine, I believe SUBJECT PARCEL #9785 contains a controlled substance or proceeds from the sale of controlled substances.** However, because the purpose of this affidavit is solely to establish probable cause to search **SUBJECT PARCEL #9785**, it does not contain all of my knowledge regarding this investigation.

7. **SUBJECT PARCEL #9785** is further described as follows:

   a. One USPS Priority Mail parcel bearing USPS tracking number 9405 5368 9523 2525 7397 85, addressed to "David Siegel, 12623 W. Medlock Dr., Litchfield Park, AZ 85340," with a return address of "Chris Sanders, 542 Centerview Dr., Shepherdsville, KY 40165." It is a small, white, flat-rate Priority Mail cardboard box, measuring approximately 5.3" X 8.6" X 1.6"; weighing approximately 3 pounds and 14 ounces; postmarked October 31, 2021; and bearing $7.41 in postage purchased with cryptocurrency.

## BACKGROUND

8. From my training and experience, as well as the training and experience of other Postal Inspectors on the PMNT, I am aware that the USPS mail system is frequently used to transport controlled substances and/or proceeds from the sale of controlled substances to areas throughout the United States. I also know that drug traffickers prefer mail/delivery services such as Express Mail and Priority Mail because of their reliability and the ability to track the article's progress to the intended delivery point. When a drug trafficker learns that a mailed article has not arrived as scheduled, he/she becomes suspicious of any delayed attempt to deliver the item.

9. Based on my training and experience, and consulting with law enforcement partners familiar with dark web and cryptocurrency investigations, narcotics traffickers commonly use cryptocurrency (such as Bitcoin) to buy and sell illicit substances through the internet due to the relative anonymity it affords. Narcotics traffickers using

cryptocurrency commonly use dark web vendors to facilitate this process.

10. Rather than a traditional bank account that is used in the central banking system, cryptocurrencies use a *cryptocurrency wallet*, which is a device, physical medium, program, or service which stores the public and private keys for cryptocurrency transactions. Public and private keys are required to transfer cryptocurrencies between wallets through a technology known as the blockchain. The cryptocurrency wallet's public key can be used to track ownership of the cryptocurrency, but the ownership of a cryptocurrency wallet is often more difficult to determine by law enforcement than the owner of a traditional bank account used in the central banking system.

11. Cryptocurrency transactions are anonymous (like cash transactions) and can be conducted over the internet without a face-to-face meeting. There are internet-based companies that allow users to purchase postage using cryptocurrency, obviating the need to make a face-to-face purchase, or register for an account which can be exploited by law enforcement to track their activity.

12. Based on my training and experience regarding Express Mail operations, I am aware that the USPS designed the Express Mail service primarily to fit the needs of businesses by providing overnight delivery for time-sensitive materials. Moreover, based on my training and experience, I am aware that business mailings often: (a) contain typewritten labels; (b) are addressed to and/or from a business; (c) are contained within flat cardboard mailers; and (d) weigh less than eight ounces. In addition, corporate charge accounts were developed by the USPS to avoid time-consuming cash payments by businesses for business mailings.

13. Based on my training and experience, I am aware that the USPS created the Priority Mail service as a less-expensive alternative to Express Mail overnight delivery, but designed it to provide quicker, more reliable service than standard First Class Mail. Whereas a customer mailing an article via Express Mail expects next-day service, a customer mailing an article via Priority Mail can expect two- to three-day delivery service. The USPS also provides a tracking service, which allows the customer to track the parcel and confirm delivery through a USPS tracking number.

14. Based on my training and experience regarding Priority Mail operations, I am aware that the majority of Priority Mail mailings are business mailings. Businesses have found that Priority Mail is a significantly less-expensive method of mailing than Express Mail, particularly when next-day service is not a requirement. I also know that (similar to Express Mail) Priority Mail business mailings tend to be smaller, lighter mailings, and on average, weigh less than two pounds. Examples of the typical types of business mailings conducted via Priority Mail include books, clothing, pharmaceuticals, and consumer goods purchased from online retailers.

15. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that the State of Arizona is a source location for controlled substances based on its close proximity to the border between the United States and Mexico. As such, controlled substances are frequently transported from Arizona via USPS, and proceeds from the sale of controlled substances are frequently returned to

Arizona via USPS.

16. Based on my training and experience regarding the use of Express Mail and Priority Mail to transport controlled substances and/or the proceeds from the sale of controlled substances, I am aware that these parcels usually contain some or all of the following characteristics:

    a. The parcel contains a label with handwritten address information and is addressed from one individual to another individual;

    b. Postage is pre-purchased with cryptocurrency or paid with cash;

    c. The handwritten label on the parcel does not contain a business account number, thereby indicating that the sender likely paid cash;

    d. The parcel is heavier than the typical mailing, often weighing more than eight ounces for Express Mail, and more than two pounds for Priority Mail; and

    e. The parcel either: (a) was destined for an area known to be a frequent destination point for controlled substances, having been mailed from an area known to be a source area for controlled substances; or (b) originated from an area known to be a frequent origination point for proceeds from the sale of controlled substances, having been mailed to an area known to be a destination area for proceeds from the sale of controlled substances.

17. Express Mail and Priority Mail parcels found to meet any or all of the characteristics described above are often further scrutinized by Postal Inspectors through

6

address verifications and an examination by a trained narcotics-detecting canine.

## RELEVANT FACTS PERTAINING TO THE SUBJECT PARCEL

18.     On or about November 3, 2021, while conducting a postal service database search, I uncovered a suspicious parcel (**SUBJECT PARCEL #9785**) containing a label indicating that the package was being mailed from Shepherdsville, Kentucky and intended for delivery in Litchfield Park, Arizona.

19.     Investigators conducted a database query regarding the names and addresses for **SUBJECT PARCEL #9785** in Lexis Nexis – Accurint. Accurint associates addresses and telephone numbers to individuals and business entities. The Accurint database is created from credit reports, law enforcement reports, utility records, and other public records. Based on the query, I learned that the delivery and return addresses for **SUBJECT PARCEL #9785** are existing, deliverable addresses; however, the name listed on the return address label is not associated with the return address.

20.     USPS employees retrieved **SUBJECT PARCEL #9785** from the mail stream and provided it to me for examination. On November 4, 2021, I conducted a physical examination of **SUBJECT PARCEL #9785** and determined that **SUBJECT PARCEL #9785** met some of the characteristics listed above.

21.     First, according to USPS resources, I learned that **SUBJECT PARCEL #9785** bore a handwritten label with errors. Also, **SUBJECT PARCEL #9785** was mailed to an address in the State of Arizona from an address in the State of Kentucky. Based on my training, experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that the State of Arizona is frequently a source

location for controlled substances that are mailed to the State of Kentucky. Based on those same sources, I am also aware that proceeds from the sale of controlled substances are frequently returned to State of Arizona from the State of Kentucky via USPS.

22. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances, it is common for drug traffickers to use names not associated with an address or fictitious names and addresses to evade detection by law enforcement.

## CANINE EXAMINATION OF SUBJECT PARCEL #9785

23. On November 4, 2021, City of Mesa Police Department (MPD) Detective/Canine Handler Dawn Haynes and her narcotics-detecting canine, "Nicole", inspected **SUBJECT PARCEL #9785** at the Rio Salado Post Office at 1441 East Buckeye Road in Phoenix, Arizona.

24. Investigators separated **SUBJECT PARCEL #9785** from other mail parcels. At approximately 3:45 p.m., Nicole inspected **SUBJECT PARCEL #9785** and gave a positive alert for narcotics by lying down at **SUBJECT PARCEL #9785**. MPD Detective Haynes described Nicole's positive alert of lying down at **SUBJECT PARCEL #9785** as a "passive" alert that Nicole has been trained to give to indicate the presence of one of the controlled substances Nicole has been trained to detect, or currency, notes, documents, or other evidence bearing the presence of the odors of those controlled substances within **SUBJECT PARCEL #9785**.

25. Detective Haynes advised that she is an MPD Detective currently assigned to the handling and care of MPD narcotics-detecting canine Nicole. Detective Haynes has been a police officer with MPD for 20 years. Nicole is a four-year-old Belgian Malinois, who has been working drugs/narcotics detection for MPD since February 2020. Nicole and Detective Haynes currently hold a National Certification in drugs/narcotics detection by the National Police Canine

Association (NPCA). Detective Haynes' certifications also include the completion of a canine certification course presented by the Alpha canine training facility. Nicole is trained to detect the odors of cocaine, marijuana, heroin, methamphetamine, and their derivatives. Detective Haynes advised that since Nicole began working at the Mesa Police Department, Nicole has had over 100 successful finds (both training finds and finds that have contributed to active investigations) of controlled substances and/or the proceeds from the sales of controlled substances.

## **CONCLUSION**

26.  Based on these facts, your Affiant asserts that there is probable cause to believe that **SUBJECT PARCEL #9785** contains a controlled substance(s) or proceeds from the sale of controlled substances, constituting evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), and 846 (Conspiracy to Distribute a Controlled Substance), and/or Title 18, United States Code, Section 1956(h) (Conspiracy to Commit Money Laundering).

_____
SPECIAL AGENT RICKY GLASS
USPS Office of Inspector General

Subscribed electronically and sworn telephonically on this ___5___ day of November, 2021.

_____
HONORABLE MICHEAL T. MORRISSEY
UNITED STATES MAGISTRATE JUDGE